UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LORI ANN SPRADLING,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHAEL J. ASTRUE,  )<br>Commissioner of Social Security,  )<br>)<br>Defendant.  ) | Case No. 1:09CV00128 ERW |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [doc. #14].

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. Plaintiff's Complaint is dismissed without prejudice for failure to prosecute and failure to comply with scheduling orders.

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), Plaintiff Lori Ann Spradling's Complaint [doc. #1] is **DISMISSED, without prejudice**.

Dated this 16th Day of April, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE